IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:15-cr-22-MHH-WC-5 |
| | ) | |
| EVELYN PITNER | ) | |

### ORDER DISMISSING INDICTMENT AND SUPERSEDING INDICTMENT

Upon consideration that Defendant Evelyn Pitner has successfully completed the Pretrial Diversion Program, and upon the United States' Motion for Dismissal of the Indictment and Superseding Indictment filed May 23, 2017, it is **ORDERED** and **ADJUDGED** that the Motion for Dismissal of Indictment and Superseding Indictment is **GRANTED**, and the Indictment and Superseding Indictment against Defendant Evelyn Pitner is **DISMISSED** with prejudice.

**DONE** and **ORDERED** this May 23, 2017.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE